JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN MOORE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>STANDARD INSURANCE COMPANY,<br><br>　　　　Defendant. | Case No. 5:17-cv-2293 JGB (SPx)<br><br>**ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>Judge:　Hon. Jesus G. Bernal<br><br>Complaint Filed:　November 10, 2017 |

　　Based upon the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that the entire action shall be dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Plaintiff and Standard shall bear their own attorneys' fees and costs in this matter with respect to one another.

　　IT IS SO ORDERED.

Dated August 28, 2018

　　　　　　　　　　　　　　　　　　／s／ Jesus G. Bernal
　　　　　　　　　　　　　　　　　　HON. JESUS G. BERNAL
　　　　　　　　　　　　　　　　　　United States District Judge